**Order entered June 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00190-CV

### JOHN SCOGGINS, Appellant

### V.

### WYATT HOLLIDAY AND KATHRYN PAGE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10313**

## ORDER

We **REINSTATE** this appeal.

By order dated May 20, 2021 we abated this appeal to allow appellant Wyatt Holliday to file a notice of nonsuit of his counterclaims and obtain an order granting the nonsuit. A supplemental clerk's record has been filed with the trial court's May 26, 2021 order granting a nonsuit of the counterclaims. The judgment is now final and we have jurisdiction over this appeal.

Appellant shall file his brief on the merits on or before **July 12, 2021**.

/s/     KEN MOLBERG
          JUSTICE